**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Roger Rumsey
      Debtor

Case No.: 11–31135
Chapter:   7

**CLERK'S NOTICE**

No proof of attendance at an approved credit counseling course has been filed in this case.

Dated: 2/11/11

    David Bradley
    Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: mmap              Page 1 of 1            Date Rcvd: Feb 11, 2011
Case: 11-31135                Form ID: clkcred        Total Noticed: 1

The following entities were noticed by first class mail on Feb 13, 2011.
db           +Roger Rumsey,    20715 Deauville Dr,    Spring, TX 77388-4147

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2011**                         Signature:   _Joseph Speetjens_