**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ROGER RUMSEY** | § | **CASE NO. 11-31135-H-7** |
| **DEBTOR** | § | |
| | § | **CHAPTER 7** |
| | § | |
| | § | **JUDGE LETITIA Z. PAUL** |

**NOTICE OF PROPER ADDRESS FOR CREDITOR**

TO THE DEBTORS, TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged to act as the authorized agent for the Creditor listed below for limited purposes, including the filing of this Notice of Proper Address (hereinafter "Notice") for Creditor pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1).

> **NOTHING WITHIN THIS NOTICE IS INTENDED OR SHOULD BE CONSTRUED TO BE AN APPEARANCE BY THE UNDERSIGNED AS COUNSEL OF RECORD IN THE ABOVE MATTER.**

Following Rule 2002(g)(1), the Notice designates the creditor's mailing address for notices in a particular case. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

> **Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.**
> **P. O. Box 829009**
> **Dallas, Texas  75382-9009**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Larry J. Buckley
Larry J. Buckley
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Requesting Service on behalf of Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.

7800-N-8952

## CERTIFICATE OF SERVICE

I, Larry J. Buckley, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest via pre-paid regular U. S. Mail or via electronic notification on or before February 16, 2011 :

Roger Rumsey
Debtor Pro Se
20715 Deauville Dr
Spring, TX 77388
SENT REGULAR PRE-PAID AND CERTIFIED MAIL RRR# _____

US Trustee
Office of the US Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

Chapter 7 Trustee
Ronald J. Sommers
2800 Post Oak Boulevard, Suite 6100
Houston, Texas 77056-6102

/s/ Larry J. Buckley
Larry J. Buckley

7800-N-8952