UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Roger Rumsey

Case No.: 11–31135

Debtor

Chapter: 7

## ORDER OF DISMISSAL

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

The Clerk having informed the court that the debtor has failed to satisfy the deficiency, as set out in the docket entry for this order

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 2/17/11

LETITIA Z. PAUL
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: tcam              Page 1 of 1              Date Rcvd: Feb 17, 2011
Case: 11-31135                Form ID: odsms521       Total Noticed: 4
```

The following entities were noticed by first class mail on Feb 19, 2011.
```
db           +Roger Rumsey,   20715 Deauville Dr,   Spring, TX 77388-4147
cr           +BMW Bank of North America, Inc. Department,   P.O. BOX 201347,   ARLINGTON, TX 76006-1347
cr           +Wells Fargo Bank N.A.,   P .O . Box 829009,   Dallas, TX 75382-9009
7343801       American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2011**                    **Signature:** _Joseph Speetjens_