**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Roger Rumsey

    **Debtor(s)**　　　　　　　　　　　Case No.: 11–31135

　　　　　　　　　　　　　　　　　　Chapter:   7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/22/11

*(signature)*
LETITIA Z. PAUL
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                 Case No. 11-31135-lzp
Roger Rumsey                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4         User: glyo              Page 1 of 1              Date Rcvd: Mar 22, 2011
                             Form ID: fnldtxs        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2011.
```
db          +Roger Rumsey,    20715 Deauville Dr,    Spring, TX 77388-4147
cr          +BMW Bank of North America, Inc. Department,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
cr          +Wells Fargo Bank N.A.,    P .O . Box 829009,    Dallas, TX 75382-9009
7343801      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**                    Signature:     _Joseph Speetjens_